# CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2023, a true and correct copy of the foregoing pleading was served electronically via CM/ECF and by placing in the United States Mail, postage pre-paid, addressed to the following:

Joseph Barsalona II, Esq.
Pashman Stein Walder Hayden, P.C.
1007 N. Orange Street, 4th Floor #183
Wilmington, Delaware 19801

*Counsel to the Debtor*

Jami B Nimeroff
Brown McGarry Nimeroff LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801

*Subchapter V Trustee*

Office of the United States Trustee
Attn: Jane M. Leamy, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*United States Trustee*

                                                      */s/ Jarret P. Hitchings*
                                                      Jarret P. Hitchings (DE 5564)