# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BLACK LABEL GROUP, INC., *et al.*, | Case No. 23-10286 (JTD) |
| Debtors.[1] | Jointly Administered |
| In re | |
| BLACKLAPEL CUSTOMER CLOTHEIRS, INC., | Adv. Pro. No. 23-50412 (JTD) |
| Plaintiff, | |
| v. | |
| SETTLE FUNDING, LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff BlackLapel Customer Clothiers, Inc. and Defendant Settle Funding, LLC (collectively, the "Parties") have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Blank Label Group, Inc. (6183); BlackLapel Custom Clothiers, Inc. (3725); and Ratio Clothing, LLC (8330). The Debtors' mailing address is 36 Bromfield Street, 204, Boston, MA 02108.

Dated: November 14, 2023
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street, 4th Floor, Suite 183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

-and-

Sean Mack (admitted *pro hac vice*)
Joshua P. Law (admitted *pro hac vice*)
21 Main Street, Suite 200
Hackensack, New Jersey 07601
Email: smack@pashmanstein.com
Email: jlaw@pashmanstein.com

*Counsel to the Plaintiffs*

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings, Esq. (DE 5564)
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
(704) 749 8965
jarret.hitchings@bclplaw.com

-and-

Scott H. Olson, Esq. (California SBN 249956)
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
(415) 675-3481
scott.olson@bclplaw.com

*Counsel for Settle Funding, LLC*